In the Matter of the Application of GEORGE H. MARVIN,
Appellant, for the Removal of HARRY S. LEWIS et al.,
Respondents, from Certain Premises.

*Matter of Marvin* v. *Lewis,* 161 App. Div. 908, appeal dismissed.
(Argued April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the fourth
judicial department, entered January 15, 1914, which
reversed an order of the Erie County Court granting a
motion for a warrant of removal and dismissed the
proceedings.

The motion was made upon the ground that permission to appeal had not been obtained.

*Helen Z. M. Rodgers* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.